UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROY ALLEN JOSHLIN III                                                                    PLAINTIFF
ADC #180906

V.                            No. 3:22-CV-00287-KGB-JTR

ROBERT CASE, Jail Administrator,
Greene County Detention Center, *et al*.                                          DEFENDANTS

## **ORDER**

On November 7, 2022, Roy Allen Joshlin, III ("Joshlin"), an inmate in the Greene County Detention Center ("GCDC"), filed a *pro se* § 1983 Complaint and a Motion for Leave to Proceed *in forma pauperis* ("IFP Motion"). *Docs. 1 & 2*.

On November 8, 2022, the Court entered its Initial Order for *Pro Se* Prisoners notifying Joshlin of his obligation to comply with certain rules and procedures in order to proceed with his lawsuit. *Doc. 3*. The November 8 Order also noted that Joshlin's IFP Motion was incomplete because it lacked the required certificate of his inmate trust account and a calculation sheet providing the monthly deposits and balances in his inmate trust account for the six-month period prior to the filing of this action. *Id. at 3*. Thus, the Order directed the Clerk to send Joshlin another IFP application, including the necessary certificate and calculation sheet, and ordered Joshlin to "*have an authorized jail official complete and sign both the certificate of [his] inmate trust account and the calculation sheet*," and return the signed and

completed forms, within 30 days. *Id*. This Order also directed GCDC jail officials to assist Joshlin in completing the forms. *Id*.

On December 7, 2022, Joshlin filed a Notice stating that he had sent "multiple request[s]," for GCDC officials to complete and sign his required forms, but he is "still waiting on them" and "may need [the Court's] help in getting [GCDC officials] to do something." *Doc. 4*.

Accordingly, the Court directs the Clerk to send a certificate of inmate trust account and calculation sheet, along with a copy of this Order, to the GCDC Jail Administrator. **The GCDC Jail Administrator is directed to have an authorized GCDC official complete and sign the certificate of inmate trust account and calculation sheet with the appropriate information from Joshlin's GCDC trust account and return the signed and completed documents to the Court, within 30 days**.

The Clerk is further directed to send a copy of this Order to Joshlin and the Greene County Sheriff.

IT IS SO ORDERED this 13th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE