IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY ALLEN JOSHLIN III**  **PLAINTIFF**
ADC #180906

v.  Case No. 3:22-cv-00287-KGB

**ROBERT CASE, Jail Administrator,**
Greene County Detention Center, *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). Plaintiff Roy Allen Joshlin III has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Disposition in its entirety as this Court's findings in all respects (Dkt. No. 8). The Court grants Mr. Joshlin's motion to voluntarily dismiss his complaint (Dkt. No. 7). The Court denies as moot Mr. Joshlin's motion for leave to procced *in forma pauperis* (Dkt. No. 1). Mr. Joshlin's claims are dismissed without prejudice (Dkt. No. 2).

It is so ordered this the 26th day of January, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge