IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROY ALLEN JOSHLIN III**  **PLAINTIFF**
**ADC #180906**

v.　　　　　Case No. 3:22-cv-00287-KGB

**ROBERT CASE, Jail Administrator,**
**Greene County Detention Center,** *et al*.　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Roy Allen Joshlin III's complaint is dismissed (Dkt. No. 2). The Court denies the requested relief.

So adjudged this 26th day of January, 2023.

　　　　　　　　　　　　　　　　　　　Kristine G. Baker
　　　　　　　　　　　　　　　　　　　United States District Judge